# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK, AS TRUSTEE,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 9:16-cv-80** |
| | § | |
| **DENNIS JOHN DORVEE** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case is assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. (Doc. No. 6). On October 26, 2017, Judge Hawthorn entered a report (Doc. No. 31) recommending the court grant Plaintiff Wells Fargo Bank, As Trustee's "Motion to Dismiss Defendant's Counterclaims Pursuant to Federal Rule of Civil Procedure 12(B)(6)." (Doc. No. 25). Defendant Dennis John Dorvee had the option to specifically object to findings or recommendations in the report until November 13, 2017 (*see* Doc. No. 34), but no objection was received. Dorvee did file two motions on November 13, 2017—"Motion Requesting Leave to File Motion" (Doc. No. 35) and "Motion to Show Cause" (Doc. No. 36)—but those motions are not objections to the magistrate judge's report and recommendation, and those two motions will be considered and decided separately from this order.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 31) is **ADOPTED**, and the Plaintiff's "Motion to Dismiss Defendant's Counterclaims Pursuant to Federal Rule of Civil Procedure 12(B)(6)" (Doc. No. 25) is **GRANTED**. The Defendant's recently filed motion requesting leave (Doc. No. 35) and motion

to show cause (Doc. No. 36) are not affected by this order.

**So Ordered and Signed**
**Nov 30, 2017**

_____
Ron Clark, United States District Judge